1  Thomas M. Kerr (State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105
3  Telephone:    (415) 268-1969
   Facsimile:    (415) 268-1999
4  E-mail: tom.kerr@hro.com

5  Attorneys for Plaintiffs
   CAPITOL RECORDS, INC.; MOTOWN
6  RECORD COMPANY, L.P.; SONY BMG MUSIC
7  ENTERTAINMENT; UMG RECORDINGS, INC.;
   and ARISTA RECORDS LLC
8

9               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>　　　　　　Plaintiffs,<br>　　v.<br>SALOME GAMBING,<br>　　　　　　Defendant. | CASE NO. C 06-5959-MJJ<br><br>Hon. Martin J. Jenkins<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SALOME GAMBING**  AND ORDER |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

Amended Notice of Voluntary Dismissal
Case No. C 06-5959-MJJ
#26282 v1

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily
2  dismiss Defendant Salome Gambing, without prejudice.

3

4

5  Dated: October 26, 2006                    HOLME ROBERTS & OWEN LLP

6

7

8                                             By:     /s/ Thomas M. Kerr
                                                      Thomas M. Kerr
9                                                     Attorneys for Plaintiff



GRANTED
Judge Martin J. Jenkins
10/31/2006
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Amended Notice of Voluntary Dismissal
Case No. C 06-5959-MJJ
#26282 v1